■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC CLIFFORD, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Nassau County (Ain, J.), imposed March 5, 1990.

Ordered that the appeal is dismissed.

Inasmuch as the defendant, in the course of his plea bargain, knowingly and voluntarily waived any right to appeal based upon the alleged excessiveness of his sentence, the instant appeal is dismissed (see, People v Moissett, 76 NY2d 909; People v Seaberg, 74 NY2d 1). Mangano, P. J., Kunzeman, Lawrence, Miller and O'Brien, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNNY DIXON, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Pincus, J.), rendered October 6, 1987, convicting him of murder in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Bracken, J. P., Kooper, Lawrence, Balletta and O'Brien, JJ., concur.